**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  In re Tomball Texas Hospital Company, LLC d/b/a Tomball Regional Medical Center, Relator

Appellate case number: 01-19-00242-CV

Trial court case number: 2016-86070

Trial court:     165th District Court of Harris County

   On April 3, 2019, relator, Tomball Texas Hospital Company, LLC d/b/a Tomball Regional Medical Center, filed a petition for a writ of mandamus. Relator seeks to compel the respondent trial judge to rule on its "Amended Objections to Plaintiffs' Chapter 74 Expert Report and Motion to Dismiss," pursuant to Texas Civil Practice and Remedies Code § 74.351, real party in interest Dr. Adrian Santamaria's "Motion for Interlocutory Summary Judgment," which relator joined, and relator's "Amended Traditional Motion for Summary Judgment." Relator has filed two volumes of sworn records, attached an appendix to the petition with a Rule 52.3(j) certification, and stated that no testimony was adduced in connection with the matters complained of in this petition with respect to the August 14, 2017 and January 25, 2018 hearings on relator's motions. *See* TEX. R. APP. P. 52.3(j), (k), 52.7(a)(1), (2).

   Accordingly, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

   It is so ORDERED.
Judge's signature: _____/s/ Evelyn V. Keyes_____
       x  Acting individually  ☐  Acting for the Court
Date: __April 9, 2019_____